JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LANETTE HAYES, ) | Case No.  SACV 08-0144-RGK (RNB) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| TINA HORNBEAK, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

APR 30 2008

DATED: _____

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE